GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI THOMPSON, | Case No. 2:25-cv-00359-CDS-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC, NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., CLARITY SERVICES, INC., COMENITY BANK, | **FIRST REQUEST** |
| Defendant. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint is extended up to and including **April 18, 2025**. The request

/ /

/ /

was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 19th day of March, 2025.

| | |
|---|---|
| CLARK HILL PLLC | *No opposition* |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/*George Haines*<br>George Haines<br>**Freedom Law Firm, LLC**<br>8985 S. Eastern Ave.<br>Suite 100<br>Las Vegas, NV 89123<br>702-880-5554<br>Email: Ghaines@freedomlegalteam.com<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 19, 2025

- 2 -