JOHN BRAGONJE (SBN 9519)
John.Bragonje@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200

Attorneys for Defendant
Comenity Bank

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KERRI THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICE, INC. AND COMENITY BANK,<br><br>Defendants. | CASE NO.: 2:25-cv-00359-CDS-EJY<br><br>**JOINT MOTION TO EXTEND TIME FOR COMENITY BANK TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Comenity Bank ("Comenity") and Plaintiff Kerri Thompson ("Plaintiff"), by and through their respective counsel, request that the Court grant their Joint Unopposed Motion to Extend the Time for Comenity to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties stipulate as follows:

1. The Complaint was served on Comenity on February 27, 2025.

2. Comenity's current deadline to respond to the Complaint is March 20, 2025.

3. The parties met and conferred about the extension of time to respond to the Complaint and agreed that Comenity's deadline to respond to the Complaint shall be extended to April 21, 2025.

4. There have been no prior extensions of Comenity's deadline to respond to the Complaint.

5. Accordingly, the parties respectfully and jointly request that the Court extend the deadline for Comenity to answer or otherwise respond to the Complaint to April 21, 2025.

DATED: March 20, 2025

WOMBLE BOND DICKINSON (US) LLP
JOHN BRAGONJE

By: /s/ John Bragonje
John Bragonje
Attorneys for Defendant
Comenity Bank

DATED: March 20, 2025

FREEDOM LAW FIRM, LLC
GEORGE HAINES
GERARDO AVALOS

By: /s/ Gerardo Avalos
Gerardo Avalos
Attorney for Plaintiff
Kerri Thompson

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 21, 2025

THOMPSON V. EQUIFAX INFORMATION SERVICES LLC, ET AL. (CASE NO.: 2:25-CV-00359-CDS-EJY)
JOINT MOTION TO EXTEND TIME FOR COMENITY BANK TO RESPOND TO COMPLAINT (FIRST REQUEST)
WBD (US) 4907-8177-0284