| | |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No. 9411 |
| | Gerardo Avalos, Esq. |
| 3 | Nevada Bar No. 15171 |
| 4 | **FREEDOM LAW FIRM, LLC** |
| | 8985 South Eastern Ave., Suite 100 |
| 5 | Las Vegas, NV 89123 |
| 6 | ghaines@freedomlegalteam.com |
| | gavalos@freedomlegalteam.com |
| 7 | Phone: (702) 880-5554 |
| 8 | FAX: (702) 385-5518 |
| | *Attorneys for Plaintiff Kerri Thompson* |
| 9 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kerri Thompson, | Case No.: 2:25-cv-00359-CDS-EJY |
| Plaintiff | **Stipulation for dismissal of Equifax Information Services LLC with prejudice** |
| v. | |
| Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Comenity Bank, | |
| Defendants | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kerri Thompson and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///

_____
STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 18, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kerri Thompson*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2025

STIPULATION                                          - 2 -